UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA, | SATISFACTION OF JUDGMENT |
| -against- | Criminal Docket<br>No. CR-11-0486 |
| LEE KARAQI, | (Irizarry, J.) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, a judgment was imposed against the defendant and in favor of the United States of America, in the amount of $3,100.00, that is, a fine in the amount of $3,000.00, plus interest, and a special assessment in the amount of $100.00, on February 4, 2013, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on February 8, 2013; and

WHEREAS, said judgment has been fully paid as to the defendant LEE KARAQI;

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy, and discharge the same solely as to the defendant LEE KARAQI.

Dated:     Brooklyn, New York
           November 15, 2013

                                        LORETTA E. LYNCH
                                        United States Attorney
                                        Eastern District of New York
                                        271 Cadman Plaza East, 8th Fl.
                                        Brooklyn, New York 11201

                            By:         /s/
                                        BONNI J. PERLIN
                                        Assistant U.S. Attorney
                                        (718) 254-6264